# CRIMINAL DUTY COVER SHEET
## For Northern District of California Magistrate Judges

**Target (Def. Name, Phone No., Address, etc.):** GEOFFREY MARK PALERMO

**Judge:** HON. HIXSON  **Date:** May 14, 2021  **Time Dropped Off:** _____ AM / PM

**Type and Number of Document(s):**

- ☐ Arrest Warrant(s) (#_____)
- ☐ Search Warrant(s) (#_____)
- ☐ Search Warrant Extension(s) (#_____)
- ☐ Pen Register(s)/Trap & Trace(s) (#_____)
- ☐ Pen Register/Trap & Trace Extension(s) (#_____)
- ☐ Stored Communications Act/Toll Record(s) (#_____)
- ☐ Non-Disclosure Order(s) (#_____)
- ☐ Pole camera(s) (#_____)
- ☐ Summons(es) (#_____)  ☐ Other Stipulation and Proposed ORder (#_____)

---

**Complete all applicable information; check box for who will pick up completed document:**
*If documents will be picked up by different people, please use separate cover sheets.*

☑ **AUSA:** CHRISTIAAN H. HIGHSMITH

  Office Telephone Number: (415) 436-7368   Mobile Number: _____

  Duty AUSA Name/Number: _____
  *Include if AUSA assigned to case is not available today.*

☐ **Agent:** _____

  Office Telephone Number: _____   Mobile Number: _____

☐ **Paralegal/Other:** Pai Alice

  Telephone Number: (415) 436-7066

---

**Date and time arrest or search is planned, if applicable:** N/A

**When document is needed:**
*Please do not write "ASAP." Provide specific deadline and explanation, or write "not urgent."*

Not Urgent

**Is SEALING requested?** No   **Is this a DELAYED NOTICE warrant?** No
**Is this a RESUBMISSION?** No   **For resubmissions, previous judge's initials:** _____

---

**Judge's Remarks:**   *(preparer should not write in this area)*

☐ Contact affiant to come in. | ☐ Signed, call to pick up. | ☐ Denied. | ☐ Other:

Date/Time out: _____ AM / PM

| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | CHRISTIAAN H. HIGHSMITH (CABN 296282)<br>Assistant United States Attorney |
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

**FILED**

May 14 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GEOFFREY MARK PALERMO,<br><br>    Defendant. | No. CR 21-187 CRB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>Date: May 13, 2021, to July 7, 2021 |

On May 13, 2021, Defendant Geoffrey Palermo appeared before the Honorable Thomas S. Hixson for an initial appearance and arraignment on the indictment in this case. At the end of the hearing, the Court set this case for a status hearing in front of the assigned district court judge, the Honorable Charles R. Breyer, on Wednesday, July 7, 2021, at 9:00 a.m.

Prior to the hearing, and in connection with this case, the government produced to the defense hundreds of thousands of pages of discovery. Defense counsel are currently reviewing, analyzing, and discussing discovery with the Defendant. Further, the parties are currently engaged in discussions about a potential resolution of the case. Defense counsel requires additional time to evaluate discovery in connection with these negotiations and in order to prepare for trial. Accordingly, the parties request and

stipulate that time between May 13, 2021, and July 7, 2021, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: May 14, 2021    STEPHANIE M. HINDS
Acting United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED: May 14, 2021    /s/
MATTHEW JACOBS
MICHAEL WARD
Counsel for Defendant Geoffrey Palermo

### [~~PROPOSED~~] ORDER

For the reasons stated, the time between May 13, 2021, and July 7, 2021, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence. Further, the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 14, 2021

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge