STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Alexandra.Shepard@usdoj.gov
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GEOFFREY MARK PALERMO, and<br>ADAN ROLDAN,<br><br>    Defendants. | CASE NOS. CR 20-00190<br>                 CR 21-00187<br><br>**JOINT REQUEST FOR STATUS CONFERENCE DATE** |

Pursuant to the Court's order at docket numbers 50 and 77 in the above captioned cases, the United States, Keker, Van Nest & Peters LLP, and Geoffrey Mark Palermo have conferred to select a

//

//

status conference date.  The parties jointly request that a status conference be set in Mr. Palermo's case for May 2, 2022 at 10:30 a.m.

DATED: April 18, 2022                                   Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
ALEXANDRA SHEPARD
NOAH STERN
Assistant United States Attorneys


KEKER, VAN NEST & PETERS LLP

/s/
ELLIOT PETERS
ELIZABETH MCCLOSKEY


/s/
GEOFFREY M. PALERMO

**[PROPOSED]** **ORDER**

IT IS HEREBY ORDERED that a status conference in the above captioned case be scheduled for Defendant Geoffrey Mark Palermo for May 2, 2022 at 10:30 a.m. in Courtroom 11, 450 Golden Gate Avenue, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: April 21, 2022

_____
HON. JAMES DONATO
United States District Judge