STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NOS. CR 20-00190-JD-1 |
|     Plaintiff, |                   CR 21-00187-JD-1 |
| v. | **UNITED STATES' *EX PARTE* REQUEST TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |
| GEOFFREY MARK PALERMO, | |
|     Defendants. | |

The United States hereby requests *ex parte* that the status hearing for Defendant Geoffrey Mark Palermo scheduled for May 23, 2022 at 10:30 a.m. be vacated and rescheduled for June 13, 2022 at 10:30 a.m. On May 16, 2022, Mr. Palermo appeared for an identification of counsel hearing before Chief Magistrate Judge Joseph C. Spero. At the hearing, Assistant Federal Public Defender, Daniel Blank appeared with Mr. Palermo. Mr. Blank stated that Mr. Palermo appears to not qualify for appointment of the Federal Public Defender and suggested the court discuss the matter with Mr. Palermo *in camera*. Judge Spero closed the courtroom to discuss the issue with Mr. Palermo and Mr. Blank. Later, in open court, Judge Spero set another identification of counsel hearing for May 31, 2022 at 10:30

a.m.  At the government's request, Judge Spero ordered that the time between May 16, 2022 and May 31, 2022 be excluded from computation under the Speedy Trial Act.

    A status conference for both defendants in the case is currently scheduled for May 23, 2022 at 10:30 a.m.  However, on May 15, 2022 the government and counsel for Mr. Palermo's codefendant, Adan Roldan, submitted a stipulation and proposed order to continue the hearing for Mr. Roldan until June 13, 2022.  Because Mr. Palermo will not have counsel by May 23, 2022, the government respectfully requests that the Court continue the status conference with respect to Mr. Palermo to June 13, 2022.

DATED: May 17, 2022               Respectfully submitted,

                                              STEPHANIE M. HINDS
                                              United States Attorney

                                              /s/
                                              NOAH STERN
                                              Assistant United States Attorneys

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the status conference in the above captioned case scheduled for Defendant Geoffrey Mark Palermo for May 23, 2022 at 10:30 a.m. is vacated and rescheduled for June 13, 2022 at 10:30 a.m.

IT IS SO ORDERED.

DATED: May 18, 2022

HON. JAMES DONATO
United States District Judge