UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff.<br>　　v.<br>GEOFFREY MARK PALERMO,<br>　　　　Defendant. | Case No. 20-cr-00190-JD-1  (JCS)<br><br>**INITIAL ORDER FOR REIMBURSEMENT OF COST OF COURT-APPOINTED COUNSEL** |
| USA,<br>　　　　Plaintiff.<br>　　v.<br>GEOFFREY MARK PALERMO,<br>　　　　Defendant. | Related Case No. 3:21-cr-00187-JD-1 (JCS) |

Geoffrey Mark Palermo, is a Defendant in this criminal matter. The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that Defendant has sufficient assets to make partial payment for the representation.

IT IS HEREBY ORDERED that Defendant shall pay the United States District Court for the Northern District of California the amount of $2000.00 per month towards the cost of representation from now until the conclusion of this case. The first payment shall begin on May 1, 2023. The check shall be made payable to "Clerk, United States District Court" and mailed to United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue., San Francisco, CA 94102. Please reference the above case numbers on your check.

IT IS HEREBY FURTHER ORDERED that a hearing be conducted at the conclusion of this case to determine whether Defendant shall reimburse the United States District Court or the

Northern District of California for all or parts of the cost of the court-appointed counsel herein.

IT IS SO ORDERED.

Dated: April 19, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge