JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Candis_Mitchell@fd.org

Counsel for Defendant Palermo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case No.: CR 20–190 JD; CR 21-187-JD |
|---|---|
| Plaintiff, | [Proposed] Statement Regarding Temporary Transfer of Custody |
| v. | |
| Geoffrey Palermo, | |
| Defendant. | |

Defendant Geoffrey Palermo is presently detained at Santa Rita Jail. He has a pending civil case set for trial in Marin County in *Geoffry Palermo v. Private Money Solutions, Inc. et. al.,* Case No. CV2300045. The trial is set to begin March 5, 2024. Mr. Palermo seeks to attend his civil hearing. After consultation with Mr. Palermo's civil attorney, the presiding civil judge, and the US Marshals the solution that was deemed to be appropriate would be for the state court judge to issue a writ or order directing the Marin Sheriffs to temporarily take custody of Mr. Palermo, house, and transport Mr. Palermo for the duration of his civil trial.

Defense counsel has conferred with the government regarding the proposed plans and they have no objection to Mr. Palermo's placement within the temporary custody of Marin

County Sheriff for the duration of his civil trial.

    To memorialize this plan, the civil judge would benefit from confirmation that this Court has no objection to the proposed plan. Accordingly, Mr. Palermo submits a proposed statement for this Court.

                                            Respectfully submitted,

Dated:     February 14, 2024

                                            JODI LINKER
                                            Federal Public Defender
                                            Northern District of California

                                                  /S
                                            CANDIS MITCHELL
                                            Assistant Federal Public Defender
                                            Counsel for Geoffrey Palermo

STIPULATION AND [PROPOSED] ORDER STATEMENT REGARDING TEMPORARY TRANSFER OF CUSTODY
*PALERMO*, CR 20–190 JD & CR 21-187-JD

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br>Plaintiff,<br>v.<br>**Geoffrey Palermo,**<br>Defendant. | **Case No.:** CR 20–190 JD ; CR 21-187-JD<br>[Proposed] **Statement Regarding Temporary Transfer of Custody** |

The Court has no objection to an order or writ being issued by the judge in *Geoffry Palermo v. Private Money Solutions, Inc. et. al.,* Case No. CV2300045 directing the Marin County Sheriff to transport Geoffry Palermo from Santa Rita Jail to the Marin County Jail and to arrange for the care and custody of Mr. Palermo for the duration of his civil proceeding.

Mr. Palermo is responsible for all costs the Marin County Sheriff accrue for his transportation, housing, and supervision while he is in their temporary custody. Payment is to be arranged through his civil counsel Sarah Shapero.

Dated: 2/26/2024

_____
JAMES DONATO
United States District Judge

[PROPOSED] STATEMENT REGARDING TEMPORARY TRANSFER OF CUSTODY
*PALERMO*, CR 20–190 JD

1